Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ANNA CARDELLA, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of ANNA CARDELLA, v. BUFFALO BOARD OF TRADE, Employer, and TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants. — Motion denied, without costs, on the ground that the papers fail to disclose

whether the State Industrial Board has opened the case and granted a rehearing, with leave to renew motion.